818

No. 152. DEMERS *v.* BROWN ET AL. C. A. 1st Cir. Certiorari denied.

No. 153. BANKS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Joseph I. Stone* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 165. McMASTER *v.* UNITED STATES; and
No. 166. WOLFF *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Morris A. Shenker* and *Murry L. Randall* for petitioner in No. 165. *George Gregory Mantho* for petitioner in No. 166. *Solicitor General Cox, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States. Reported below: 343 F. 2d 176.

No. 167. GARDINER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Robert R. Slaughter* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 168. MT. MANSFIELD TELEVISION, INC. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Charles D. Post* for petitioner. *Solicitor General Cox* and *Acting Assistant Attorney General Roberts* for the United States.

No. 171. VILLAGE OF PORT CHESTER *v.* CATHERWOOD, INDUSTRIAL COMMISSIONER, ET AL. App Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied. *Charles H. Tuttle* and *Godfrey P. Schmidt* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, and *Paxton Blair,* Solicitor General, for Catherwood, and *John R. Harold* for Bucci et al., respondents.